SIDNEY J. MEISTRICH, PLAINTIFF-RESPONDENT, v. CA-
SINO ARENA ATTRACTIONS, INC., DEFENDANT-PETI-
TIONER.

See same case below: 54 *N. J. Super.* 25.

*Mr. Solomon Lautman* for the petitioner.

*Messrs. Durand, Ivins & Carton* for the respondent.

May 11, 1959.   Granted.

SCOTTISH RITE ASSOCIATION OF NEW JERSEY, PLAIN-
TIFF-PETITIONER, v. THE TRUST COMPANY OF NEW
JERSEY *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Milton, McNulty & Augelli, Mr. Joseph Keane*
and *Mr. William Bannon* for the petitioner.

*Messrs. Lynch, Lora & Milstein, Mr. Benjamin Gross* and
*Mr. Maurice C. Brigadier* for the respondents.

May 11, 1959.   Denied.